# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE NEAL,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | CASE NO. 1:14-cv-01053-SKO<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED REQUEST FOR AN EXTENSION OF THE BRIEFING SCHEDULE**<br><br>**(Doc. 12)** |

On March 17, 2015, Defendant filed a stipulated request for an extension of time to file a responsive brief. (Doc. 12.) Defendant requests additional time to adequately consider and respond to the arguments Plaintiff raises in his opening brief. This is Defendant's first request for an extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's stipulated request for an extension of time is GRANTED;
2. Defendant's responsive brief shall be filed on or before April 17, 2015; and
3. Plaintiff may file an optional reply brief on or before May 4, 2015.

IT IS SO ORDERED.

  Dated:   **March 18, 2015**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE