# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE NEAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:14-cv-01053-SKO<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |

On April 21, 2015, Plaintiff filed a stipulated request seeking a thirty (30) day extension of time to file a Reply Brief. (Doc. 15.) Plaintiff states that the extension is necessary because Plaintiff's counsel is currently out on maternity leave three weeks earlier than she had planned.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED, and
2. Plaintiff's reply brief must be filed on or before June 3, 2015.

IT IS SO ORDERED.

Dated: __**April 27, 2015**__　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE